No. 10–9989.  LICHTENBERG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10050.  ARIZA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–677.  FOX v. FLORIDA BAR, 562 U. S. 1286;

No. 10–695.  LAY v. UNITED STATES, 562 U. S. 1264;

No. 10–768.  AFTERMATH RECORDS, DBA AFTERMATH ENTERTAINMENT, ET AL. v. F. B. T. PRODUCTIONS, LLC, ET AL., 562 U. S. 1286;

No. 10–934.  LAKSHMINARASIMHA v. UNITED STATES ET AL., 562 U. S. 1288;

No. 10–7842.  OLSON v. ESTATE OF GAIGNAT, DECEASED, 562 U. S. 1228;

No. 10–8006.  STRATTON v. TEXAS (three judgments), 562 U. S. 1231;

No. 10–8191.  DAY v. UNITED STATES, 562 U. S. 1238;

No. 10–8202.  BROWN v. BRADSHAW, WARDEN, 562 U. S. 1238;

No. 10–8230.  LAFFITEAU v. MANAGEMENT AND LEGAL AGENTS FOR CAMELOT INN, 562 U. S. 1275;

No. 10–8253.  COOPER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 562 U. S. 1240;

No. 10–8274.  BERRY v. CITIBANK F. S. B., 562 U. S. 1275;

No. 10–8333.  CHAMBERS v. JUSTICE OF THE PEACE COURT, PRECINCT ONE, 562 U. S. 1260;

No. 10–8404.  NELSON v. JACKSON, WARDEN, 562 U. S. 1260;

No. 10–8407.  WEST v. UNITED STATES, 562 U. S. 1244;

No. 10–8430.  BRAMAGE v. HSBC BANK NEVADA, N. A., 562 U. S. 1293;

No. 10–8456.  DEYOUNG v. SCHOFIELD, WARDEN, 562 U. S. 1293;

No. 10–8485.  ALSTON v. COURT OF APPEALS OF WISCONSIN, 562 U. S. 1294;

No. 10–8491.  ROSENFELD v. HACKETT ET AL., ante, p. 906;

No. 10–8508.  JONES v. LARKINS, WARDEN, 562 U. S. 1294;

No. 10–8604.  JOHNSON v. KELLY, WARDEN, ante, p. 907;

No. 10–8679.  RAMESES v. KERNAN, WARDEN, ET AL., ante, p. 909;

No. 10–8687.   CIRIA v. RUBINO ET AL., 562 U. S. 1295;

No. 10–8791.   RICHARD v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, *ante*, p. 921;

No. 10–8873.   SOLOMON v. UNITED STATES, 562 U. S. 1279;

No. 10–8889.   DORSEY v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 922;

No. 10–8921.   ELLIS v. PALMER, WARDEN, ET AL., *ante*, p. 922;

No. 10–8971.   TUVALU v. WOODFORD ET AL., 562 U. S. 1299; and

No. 10–9300.   DEONARINESINGH v. UNITED STATES, *ante*, p. 926.   Petitions for rehearing denied.

## MAY 17, 2011

No. 10–10460 (10A1117).   BEDFORD v. BOBBY, WARDEN.   C. A. 6th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.   Certiorari denied.

No. 10–10463 (10A1113).   GRAY v. MISSISSIPPI.   Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

## MAY 19, 2011

No. 10–10589 (10A1135).   WILLIAMS v. THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Certiorari denied.

## MAY 23, 2011

No. 09–784.   AMARA ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. CIGNA CORP. ET AL. C. A. 2d Cir.   The Court vacated the judgment below in *CIGNA Corp.* v. *Amara*, *ante*, p. 421.   Therefore, certiorari granted, and case remanded for further proceedings.   JUSTICE SOTOMAYOR